## Richmond.

AMERICAN RAILWAY EXPRESS COMPANY, A CORPORA-
TION, v. RICHMOND HARDWARE COMPANY, A
CORPORATION.

January.19, 1928.

Absent, Burks, J.

Error to a judgment of the Circuit Court of the city
of Richmond.

*Affirmed.*

*Wyndham R. Meredith*, for the plaintiff in error.

*Christian & Lamb*, for the defendant in error.

CHICHESTER, J., delivered the opinion of the court.

This is a writ of error to the judgment of the Circuit
Court of the city of Richmond, in the sum of $87.05,
against the American Railway Express Company, a
corporation, and in favor of Richmond Hardware Com-
pany, a corporation. Argument in this case was heard
with the case of the *American Railway Express Com-
pany* v. *Fleishman, Morris & Co., Inc., ante*, page 200,
141 S. E. 253, the facts and legal questions raised here
being identical with those in that case.

For the reasons stated in the opinion this day handed
down in *American Railway Express Co.* v. *Fleishman,
Morris & Co., Inc., ante*, page 200, 141 S. E. 253, the
judgment in the instant case is affirmed.

*Affirmed.*